UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ELIJAH HAWTHORNE (#356896)

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NO.10-528-BAJ-DLD

## RULING

The Court, having carefully considered the motions for summary judgment, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated January 23, 2012 (doc. 68), to which no objection has been filed, hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the Motion for Summary Judgment filed by plaintiff, Elijah Hawthorne, (doc. 45) is **DENIED**, and the Motion for Summary Judgment filed by defendant, Troy Poret (doc. 50) is **GRANTED**, and plaintiff's remaining claims against Troy Poret shall be **DISMISSED** with prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, February 24, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA